IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THERARON WELLS,

           Plaintiff,

v.

PATRICK GOVIER, JORDAN DUVE,
MS. DICKMAN, RICKY STILWELL,
MARK KARTMAN, and LEBBEUS BROWN,

           Defendants.

Case No. 18-cv-693-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Theraron Wells's claims against Jordan Duve, Ms. Dickman, Mark Kartman, and Lebbeus Brown.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Patrick Govier and Ricky Stilwell in accordance with the jury's verdict.

Approved as to form this 4TH day of March, 2020.

_____
James D. Peterson
District Judge

_____    3/4/20
Peter Oppeneer                            Date
Clerk of Court